In the Matter of the Application of MICHAEL O'BRIEN, Appellant, for an Order of Mandamus against THE BOARD OF SUPERVISORS OF RENSSELAER COUNTY and THOMAS J. McCAFFERY and JOHN J. SHERIDAN, Respondents, Impleaded with Others.*— Order affirmed, with ten dollars costs and disbursements. All concur; Van Kirk, P. J., and Rhodes, J., on the authority of *Matter of Ryan* v. *Vars* (224 App. Div. 773); Hinman, J., on the ground stated by him in *Matter of Stowe* v. *Board of Supervisors of Rensselaer County* (*ante*, pp. 212, 217), decided herewith; Hill, J., solely upon the ground that appellant holds the position formerly held by Ryan (*Matter of Ryan* v. *Vars*, 224 App. Div. 773), and feels bound by the decision in that case. McNamee, J., not voting.

In the Matter of the Claim of JOE SCHULTZ, Respondent, against FLEXLUME CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Award reversed, with costs against the State Industrial Board to abide the event, and claim remitted, on the ground that the operations and X-ray related to a time prior to notice to the employer, and under section 13 of the Workmen's Compensation Law† the employer and carrier cannot be charged with fees therefor. All concur. McNamee, J., not voting. (See 232 App. Div. 860; 233 id. 787.)

In the Matter of the Claim of ABRAHAM INGBERG, Respondent, against SAMUEL ZIMMERMAN, Respondent, and NORWICH UNION INDEMNITY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. McNamee, J., not voting.

In the Matter of the Claim of MATTHEW P. KEENAN, Respondent, against GEORGE F. DRISCOLL COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board. McNamee, J., not voting.

In the Matter of the Claim of LILLIAN WEINTRAUB, Respondent, against STEIN & KOSLOW and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no medical evidence to sustain the finding that the claimant suffered a disease known as " poisoning by wood alcohol." All concur, except Hill, J., who dissents and votes to affirm. McNamee, J., not voting.

* Affd., 260 N. Y. 608.        † Amd. by Laws of 1927, chap. 553.— [REP.